No. 9901. STATE OF MONTANA, ex rel. BEATRICE LAMAR, Relator, v. DISTRICT COURT OF THE STATE OF MONTANA, in and for the COUNTY OF CASCADE, and THE HONORABLE C. B. ELWELL, Judge presiding, Respondents.

321 Pac. (2d) 622.

Decided Feb. 17, 1958.

*Emmett C. Angland and Joseph R. Marra,* Great Falls, for Relator.

Per Curiam.

It is ordered that the petition for rehearing and petition of prohibition or other appropriate writ be, and they are denied.

No. 9733. D. ARLINE WITTY, Plaintiff and Respondent, v. GEORGE WITTY, Defendant and Appellant.

321 Pac. (2d) 1102.

Decided March 3, 1958.

*Swanberg & Swanberg,* Great Falls, for Appellant.
*Graybill, Bradford & Graybill,* Great Falls, for Respondent.

Per Curiam.

Pursuant to written stipulation of counsel for the parties litigant, this appeal is ordered dismissed.